TERESA LENNERT v. CELESTINE ALINE DREW and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure record on appeal and appellants' points to be filed so that the appeal can be argued on or before the 21st day of May, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE ELMSBURY HOUSES, INC., v. DENWOOD REALTY COMPANY and Others, Impleaded with DESIDER REALTY CORPORATION.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. PROSPERO POLOSO.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES PAPALARDO.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MARGARET BUSSE.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ANDREW FEULA.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

FINKELSTEIN & MAISEL, INC., v. ISAAC MAISEL and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure proposed record on appeal to be filed on or before the 17th day of May, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

SOLOMON DAVIS, an Infant, etc., v. TIME CONSTRUCTION Co., INC.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

SAMUEL DAVIS v. TIME CONSTRUCTION Co., INC.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

NEW YORK PLUMBERS' SPECIALTIES Co., INC., v. PAUL ENGLANDER.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

NEW YORK PLUMBERS' SPECIALTIES Co., INC., v. EMILY L. HOFFBAUER.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

FRANCES LEAHY v. 247–255 WEST THIRTY-EIGHTH STREET REALTY CORPORATION and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure appellants' points to be filed on or before the 29th day of April, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MARY HOUPT v. INECTO, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

PETER SEGRO v. ANGLESEA REALTY CORPORATION.— Motion to dismiss appeal